# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | RONALD M. & SHIRLEEN OMEGA | | |
| **Case Number:** | 2:08-bk-14387-GBN | **Chapter:** | 13 |
| **Date / Time / Room:** | MONDAY, AUGUST 10, 2009 10:15 AM   7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK.

**R / M #:**   31 / 0

## Appearances:

GARY R. STICKELL, ATTORNEY FOR RONALD M. OMEGA, SHIRLEEN OMEGA
KEVIN NELSON, ATTORNEY FOR MOVANT

## Proceedings:

Mr. Stickell informed the Court that his clients are unable to meet the terms of their mortgage, therefore they are in the process of obtaining a modification. He asked that this hearing be continued for 30 days.

Mr. Nelson responded, stating that he recently spoke to his client and they are not aware of any pending modification. He explained the status of the foreclosure action.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO AUGUST 24, 2009 AT 2:00 P.M. THE STAY WILL REMAIN IN EFFECT.  THE CONTINUED HEARING MAY BE VACATED UPON THE SUBMISSION OF A STIPULATION.