# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | RONALD M. & SHIRLEEN OMEGA |
| **Case Number:** | 2:08-bk-14387-GBN  **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, OCTOBER 26, 2009 09:30 AM  7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matter:*

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK. (FR. 8/10 & 09-24))(RESET FR. 08-24)

**R / M #:** 31 / 0

## *Appearances:*

GARY R. STICKELL, ATTORNEY FOR RONALD M. OMEGA, SHIRLEEN OMEGA
J. DARYL DORSEY, ATTORNEY FOR MOVANT

## *Proceedings:*

MR. DORSEY REPORTS THAT THE DEBTOR HAS AGREED TO A TWELVE MONTH CURE.

MR. STICKELL CONCURS.

THE COURT: THE COURT WILL LEAVE THIS MATTER SUBJECT TO CALL. PENDING FURTHER ORDER, THE AUTOMATIC STAY REMAINS IN EFFECT.