# TIFFANY & BOSCO
**P.A.**

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-63808

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Ronald M. Omega and Shirleen Omega<br>        Debtors.<br>────────────────────────<br>Wells Fargo Bank, N.A.<br><br>        Movant,<br>  vs.<br><br>Ronald M. Omega and Shirleen Omega, Debtors;<br>Edward J. Maney, Trustee.<br><br>        Respondents. | No. 2:08-bk-14387-GBN<br><br>Chapter 13<br><br>NOTICE OF DEFAULT<br><br>RE: Real Property Located at<br>10807 W. Monte Vista Rd.<br>Avondale, AZ 85323 |

        Wells Fargo Bank, N.A. secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

        1.     An Order was entered on December 14, 2009 which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust recorded in the records of the Maricopa County, Arizona Recorder's Office, which encumbers the following real property:

Lot 89, of CRYSTAL GARDENS PARCEL 1A, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 427 of Maps, Page 6.

A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtors have not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---:|
| 2 Monthly Payments(s) at $2,131.72 (January 1, 2010 - February 1, 2010) | $4,263.44 |
| 2 Late Charge(s) at $95.83 (January 1, 2010 - February 1, 2010) | $191.66 |
| Motion for Relief Filing Fee | $150.00 |
| Attorney Fees | $800.00 |
| Suspense Amount | ($-15.45) |
| Total | $5389.65 |

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

4. Notice is hereby given to the Bankruptcy Court, Debtors, counsel for Debtors, and Trustee, that unless debtor' default under the terms of the Stipulation and Order is cured not later than fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 9th day of February, 2010.

                                        TIFFANY & BOSCO, P.A.

                                        By /s/ MSB # 010167
                                              Mark S. Bosco
                                              Leonard J. McDonald
                                              2525 East Camelback Road
                                              Suite 300
                                              Phoenix, Arizona 850165
                                              Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.