# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| Debtor: | RONALD M. & SHIRLEEN OMEGA | | |
| Case Number: | 2:08-bk-14387-GBN | Chapter: | 13 |
| Date / Time / Room: | MONDAY, MAY 17, 2010 09:15 AM   7TH FLOOR #702 | | |
| Bankruptcy Judge: | GEORGE B. NIELSEN | | |
| Courtroom Clerk: | JAN HERNANDEZ | | |
| Reporter / ECR: | JO-ANN STAWARSKI | | |

## *Matter:*

EXPEDITED HEARING RE: EMERGENCY MOTION TO STAY TRUSTEE SALE.

R / M #:   73 / 0

## *Appearances:*

GARY R. STICKELL, ATTORNEY FOR RONALD M. OMEGA, SHIRLEEN OMEGA
DARYL J. DORSEY, ATTORNEY FOR WELLS FARGO

## *Proceedings:*

MR. DORSEY ADVISES THAT HIS CLIENT WILL NOT OPPOSE THE MOTION.  THEY WILL STIPULATE TO REINSTATEMENT OF THE AUTOMATIC STAY.

MR. STICKELL ADDS THAT THE MATTER CAN BE LEFT SUBJECT TO CALL.

THE COURT:  NO FURTHER HEARINGS WILL BE SET.  THE MATTER HAS BEEN RESOLVED.