**TIFFANY & BOSCO**
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-63808

**ORDERED ACCORDINGLY.**

Dated: June 18, 2010



**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

IN RE:

Ronald M. Omega and Shirleen Omega
    Debtors.
_____
Wells Fargo Bank, N.A.

      Movant,
vs.

Ronald M. Omega and Shirleen Omega, Debtors;
Edward J. Maney, Trustee.

      Respondents.

No. 2:08-bk-14387-GBN

Chapter 13

ORDER FOR REMOVAL
OF BANKRUPTCY STAY

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated effective **JULY 12, 2010** with respect to the real property which is the subject of the Deed of Trust recorded, in the records of the Maricopa County, Arizona Recorder's Office, wherein Ronald M. Omega and Shirleen Omega, are designated as trustors and Wells Fargo Bank, N.A. is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

1

Lot 89, of CRYSTAL GARDENS PARCEL 1A, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 427 of Maps, Page 6.

IT IS FURTHER ORDERED that the debtors has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that any hearing scheduled in the matter is vacated.